# ☒ Farrell Fritz, P.C.

1320 RexCorp Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

March 12, 2008

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/17/2008

**DAVID A. SCHEFFEL**
OF COUNSEL

DIRECT DIAL: (516) 227-0627
DIRECT FAX: (516) 336-2250
dscheffel@farrellfritz.com

*Via Facsimile*

RECEIVED
MAR 12 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

**MEMO ENDORSED**

Re:    *Grimes v. Fremont General Corporation,*
       Docket No.: 08CV01024

Dear Judge Koeltl:

We represent defendant WCS Lending LLC ("WCS") in the above action. We write to request an extension of time to appear in this case for the following reason. We first learned of this matter this afternoon when WCS contacted us regarding this case. Upon reviewing the Complaint and determining that an answer is due today, we called *pro se* plaintiffs to request an extension of time to appear in this action. As of this facsimile, we have not heard back from *pro se* plaintiffs regarding this request. Accordingly, we ask that Your Honor grant WCS an extension until April 11, 2008 to appear in this action. This is WCS's first request for an extension.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

/s/

David A. Scheffel

cc:  *Pro se Plaintiffs*
     All Counsel of Record

*Request granted.*
*Submitted March 14, 2008*
*Miriam Goldman Cedarbaum,*
*United States District Judge*
*Part I*