UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRICK GRIMES and YOLANDA GRIMES,<br><br>       Plaintiff(s),<br>  -against-<br><br>FREMONT GENERAL CORPORATION, FREMONT INVESTMENT & LOAN, WCS LENDING LLC, JONATHAN TANENBAUM, AMERICA'S SERVICING COMPANY, U.S. BANCORP and U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTER ASSET BACKED SECURITIES TRUST 2006-FRE-1,<br><br>       Defendant(s). | **CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 1024-CV-08 (JGK) |

This Corporate Disclosure Statement is filed on behalf of Fremont General Corporation and Fremont Investment & Loan, in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, as nongovernmental corporate parties to an action in the Southern District of New York as captioned above, a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing parties hereby declare as follows:**

  1) Fremont Investment & Loan states that Fremont General Corporation owns 100% of the stock of Fremont Investment & Loan.

  2) Fremont General Corporation states that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

  **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: Tarrytown, New York
    March 17, 2008

                Yours, etc.,
                **KNUCKLES & KOMOSINSKI, P.C.**

                By: _____
                KENNETH J. FLICKINGER, ESQ. (KJ–1179)
                Attorneys for Defendant
                FREMONT GENERAL CORPORATION, FREMONT INVESTMENT & LOAN
                220 White Plains Road, 6th Floor
                Tarrytown, NY 10951
                Telephone: (914) 220-0155
                Facsimile: (914) 366-0080