**MEMO ENDORSED**



**VIA FACSIMILE**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Re: Grimes v. Fremont General Corporation - Docket No.: 08 CV 01024

Honorable Sir:

    The Defendants, WCS Lending, LLC, America's Servicing Company, U.S. Bancorp and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1 through their respective counsels have requested an Extension of Time for Defendants to respond to Plaintiffs' Complaint.

    This is the first request for an Extension of Time for these named Defendants. However we note that Defendants, Fremont General Corporation and Fremont Investment and Loan have not responded to the Complaint served upon them on February 26, 2008 and are in default. Plaintiffs agree to extend a courtesy to the defendants by allowing them an additional sixty days to respond to the Complaint. We understand that the Court has a wide discretion to enlarge or decrease the specified time period for the defendants to respond to a Complaint where a party demonstrates a reasonable basis for such request.

    As for defendant WCS Lending, plaintiffs received a letter from David Scheffel requesting an extension of time to make an appearance. While we have no problem extending Mr. Scheffel's time **to respond to the complaint**, we are a bit perplexed at his request for an extension of time to make an appearance as counsel for defendant WCS Lending. Is he WCS Lending's counsel or not? We would request that Mr. Scheffel advise the court as to whether he will be counsel for WCS Lending and then after he puts in his appearance, plaintiffs would grant him an extension of time to answer their complaint.

    Plaintiffs have no objections to the request for an extension of time to respond to the Complaint, and agree to allow Defendants, America's Servicing Company, U.S. Bancorp and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1 an additional 60 days from the date of this letter. Plaintiffs reserve the right to ask this Court to protect their rights to a just and speedy trial in this matter.

    We thank Your Honor for your attention to this matter.

Respectfully submitted,

Darrick Grimes      Yolanda Grimes

cc: Sarah Blaine, Esq. (Lowenstein Sandler)
    David A. Scheffel, Esq. (Farrell Fritz, P.C.)

*The time for all defendants to move or answer is extended to May 16, 2008. So ordered.*

*JGKoeltl*
*3/18/08*
*USDJ*