# Lowenstein
# Sandler
ATTORNEYS AT LAW

RECEIVED
MAY 12 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Steven M. Hecht
Member of the Firm
Tel 973 597 2380
Fax 973 597 2381
shecht@lowenstein.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

May 9, 2008

**VIA FEDERAL EXPRESS**

The Honorable John G. Koeltl, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

Re:   *Grimes, et al. v. Fremont General Corp., et al.*;
      Civil Action No. 08-01024(JGK)

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl 5/12/08
John G. Koeltl, U.S.D.J.

Dear Judge Koeltl:

This firm represents defendants America's Servicing Company, U.S. Bancorp, and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1 in the above-referenced civil litigation. We write to respectfully request an extension to June 16, 2008 of the current May 16, 2008 deadline by which these defendants must answer, move, or otherwise respond to the above-referenced complaint. Defendant WCS Lending joins in this request. Plaintiffs, who are *pro se* and not represented by counsel, have consented to this extension request.

We have previously requested one extension from the original March 2008 deadline to the May 16, 2008 deadline, which was granted by the Court.

Respectfully submitted,

Steven M. Hecht

SMH:sb

05/09/08 6665952.1

cc:   Darrick & Yolanda Grimes
      David Scheffel, Esq.
      Kenneth Flickinger, Esq.

Lowenstein Sandler PC                                         www.lowenstein.com

Reply:   65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
         1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402