UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRICK AND YOLANDA GRIMES,<br><br>             Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, FREMONT INVESTMENT AND LOAN, JONATHAN TANENBAUM, AMERICA'S SERVICING COMPANY, U.S. BANCORP, AND U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTER ASSET BACKED SECURITIES TRUST 2006-FRE-1,<br><br>             Defendants. | Civil Action No. 08-cv-01024 (JGK)<br><br>**RULE 7.1(A) CORPORATE DISCLOSURE STATEMENT OF AMERICA'S SERVICING COMPANY** |

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant America's Servicing Company hereby certifies that America's Servicing Company is a division of Wells Fargo Bank, N.A., doing business as America's Servicing Company. Wells Fargo Bank, N.A. is a fully-owned subsidiary of Wells Fargo & Company, which is publicly traded on the New York Stock Exchange at ticker symbol WFC.

      Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

7803939.01

| | |
|---|---|
| Dated: June 16, 2008 | By: /s/ Steven M. Hecht<br>Steven M. Hecht (SH-0414)<br><br>**LOWENSTEIN SANDLER PC**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>T: 212.262.6700<br>F: 212.262.7402<br>shecht@lowenstein.com<br>*Attorneys for Defendants America's Servicing Company, U.S. Bancorp, and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1* |