UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRICK AND YOLANDA GRIMES,<br><br>               Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, FREMONT INVESTMENT AND LOAN, JONATHAN TANENBAUM, AMERICA'S SERVICING COMPANY, U.S. BANCORP, AND U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTER ASSET BACKED SECURITIES TRUST 2006-FRE-1,<br><br>               Defendants. | Civil Action No. 08-cv-01024 (JGK)<br><br>**RULE 7.1(A) CORPORATE DISCLOSURE STATEMENT OF U.S. BANCORP** |

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant U.S. Bancorp hereby certifies that U.S. Bancorp does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.  U.S. Bancorp is a publicly-traded corporation on the New York Stock Exchange at ticker symbol USB.

       Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated:  June 16, 2008                           By:  /s/ Steven M. Hecht
                                                          Steven M. Hecht (SH-0414)

                                             **LOWENSTEIN SANDLER PC**
                                             1251 Avenue of the Americas
                                             New York, New York 10020
                                             Tel.: 212.262.6700
                                             Fax: 212.262.7402
                                             *Attorneys for Defendants America's Servicing Company, U.S. Bancorp, and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1*

7830045.1