UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRICK AND YOLANDA GRIMES,<br><br>    Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, FREMONT INVESTMENT AND LOAN, JONATHAN TANENBAUM, AMERICA'S SERVICING COMPANY, U.S. BANCORP, AND U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTER ASSET BACKED SECURITIES TRUST 2006-FRE-1,<br><br>    Defendants. | Civil Action No. 08-cv-01024 (JGK)<br><br>**RULE 7.1(A) CORPORATE DISCLOSURE STATEMENT OF U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTER ASSET BACKED SECURITIES TRUST 2006-FRE-1** |

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant U.S. Bank, National Association, as Trustee for Master Asset Backed Securities Trust 2006-FRE-1, hereby certifies that U.S. Bank, National Association, as Trustee for Master Asset Backed Securities Trust 2006-FRE-1, is a wholly owned subsidiary of U.S. Bancorp.  U.S. Bancorp is a publicly-traded corporation on the New York Stock Exchange at ticker symbol USB.

    Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

7803924.01

Dated: June 16, 2008         By:  /s/ Steven M. Hecht
                                  Steven M. Hecht (SH-0414)

                             **LOWENSTEIN SANDLER PC**
                             1251 Avenue of the Americas
                             New York, New York 10020
                             Tel.: 212.262.6700
                             Fax: 212.262.7402
                             *Attorneys for Defendants America's Servicing Company, U.S. Bancorp, and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1*