**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

DARRICK AND YOLANDA GRIMES,

               Plaintiffs,

vs.

Civil Action No. 08-cv-01024 (JGK)

FREMONT GENERAL CORPORATION,
FREMONT INVESTMENT AND LOAN,
JONATHAN TANENBAUM, AMERICA'S
SERVICING COMPANY, U.S. BANCORP, AND
U.S. BANK, NATIONAL ASSOCIATION, AS
TRUSTEE FOR MASTER ASSET BACKED
SECURITIES TRUST 2006-FRE-1,

**NOTICE OF MOTION TO DISMISS
COMPLAINT PURSUANT TO RULE
12(b)(6) FOR FAILURE TO STATE A
CLAIM**

               Defendants.

TO:    Darrick Grimes and Yolanda Grimes
        23 Stacy Lee Drive
        Newburgh, New York 12550
        *E-mail: darrick.grimes@global-infra.com*
        *Pro se* Plaintiffs

        **PLEASE TAKE NOTICE** that, relying upon the accompanying Memorandum

of Law dated June 16, 2008, the Declaration of Steven M. Hecht and attached exhibits dated

June 16, 2008, and all previous papers, pleadings and proceedings, the undersigned, counsel to

Defendants America's Servicing Company ("ASC"), U.S. Bancorp ("US Bancorp"), and U.S.

Bank N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1 ("US Bank/Trustee"

and, collectively with ASC and US Bancorp, the "Moving Defendants"), will move this Court on

a date convenient to this Court before the Honorable John G. Koeltl, U.S.D.J., at the United

States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Federal

Rule of Civil Procedure 12(b)(6) dismissing all claims asserted in the Complaint against the

N5983/22
06/16/2008 7783970.1

Moving Defendants for failure to state a claim upon which relief may be granted.  A proposed

form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** all papers in opposition to this

motion must be served and filed within ten business days of service of these moving papers

pursuant to Local Civil Rule 6.1.


Dated:  June 16, 2008

<div style="margin-left: 40%;">

Respectfully submitted,

**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.262.6700
Fax: 212.262.7402
*Attorneys for Defendants America's Servicing
Company, U.S. Bancorp, and U.S. Bank, N.A. as
Trustee for Master Asset Backed Securities Trust
2006-FRE-1*


By:    /s/  Steven M. Hecht, Esq.
         Steven M. Hecht (SH-0414)

</div>