**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DARRICK AND YOLANDA GRIMES,<br><br>    Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, FREMONT INVESTMENT AND LOAN, JONATHAN TANENBAUM, AMERICA'S SERVICING COMPANY, U.S. BANCORP, AND U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTER ASSET BACKED SECURITIES TRUST 2006-FRE-1,<br><br>    Defendants. | Civil Action No. 08-cv-01024 (JGK)<br><br>**CERTIFICATE OF SERVICE** |

  I, **STEVEN M. HECHT**, do hereby certify as follows:

  1. I am a Member of the law firm of Lowenstein Sandler PC, counsel for Defendants America's Servicing Company ("ASC"), U.S. Bancorp ("US Bancorp"), and U.S. Bank N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1 ("US Bank/Trustee" and, collectively with ASC and US Bancorp, the "Moving Defendants") in this matter.

  2. On Monday, June 16, 2008, I caused to be served true and correct copies of the Moving Defendants' (1) Notice of Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) for Failure to State a Claim; (2) Memorandum of Law in Support of Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) for Failure to State a Claim Against America's Servicing Company, U.S. Bancorp, and U.S. Bank, National Association, as Trustee for Master Asset Backed Securities Trust 2006-FRE-1; (3) Declaration of Steven M. Hecht in Support of Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) for Failure to State a Claim; (4) a proposed form of Order granting the Motion to Dismiss Pursuant to Rule 12(b)(6) for Failure to State a Claim; and (5) this Certificate of Service to *pro se* Plaintiffs Darrick Grimes and Yolanda Grimes via e-mail (by consent), with copies to follow via first-class mail, at the following address:

-2-

> Darrick Grimes and Yolanda Grimes
> 23 Stacy Lee Drive
> Newburgh, New York 12550
> E-mail: darrick.grimes@global-infra.com
> *Pro se Plaintiffs*

Copies were also served on all counsel of record via the Court's ECF system, with copies to follow via first-class mail to the following counsel:

> Kenneth Jude Flickinger
> Knuckles & Komosinki PC
> 220 White Plains Road
> Tarrytown, New York  10591
> *Attorneys for Defendants Fremont General Corporation*
> *and Fremont Investment and Loan*
>
> David A. Scheffel, Esq.
> Farrell Fritz, P.C.
> 1320 RexCorp Plaza
> Uniondale, New York  11556-1320
> *Attorneys for Defendant WCS Lending LLC*

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

-3-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2008

**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.262.6700
Fax: 212.262.7402
*Attorneys for Defendants America's Servicing Company, U.S. Bancorp, and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006-FRE-1*

By: /s/ Steven M. Hecht
    Steven M. Hecht (SM-0414)