```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRICK GRIMES and YOLANDA GRIMES,

                  Plaintiff(s),

          -against-

FREMONT GENERAL CORPORATION,
                  Defendant(s),
------------------------------------------------------------X

08 civ 1024 (JGK)

**ORDER**

      A motion to dismiss was filed on June 17, 2008.

      The plaintiffs shall serve and file papers in response to the motion by **July 23, 2008.**

      The defendants shall serve and file any reply papers by **August 13, 2008**

      The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                                      _____
                                                      JOHN G. KOELTL
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        June 25, 2008