USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

June 20, 2008

**VIA FACSIMILE (212) 805-7912**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Re: Grimes v. Fremont General Corporation, et al;
   Civil Action No..: 08-cv-01024 (JGK)

MEMO ENDORSED

Dear Judge Koeltl:

    We are Plaintiffs, Pro se in the above-captioned case. The defendants, WCS Lending, LLC, America's Servicing Company, U.S. Bancorp and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006- FRE-1 through their respective counsels have submitted Notice of Motion to Dismiss Complaint pursuant to Rule 12(b)(6) for Failure to State a Claim.

    We respectfully requested an Extension of Time to respond to Defendants' Notice of Motion and Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Complaint.

    This is our first request for an Extension of Time in this matter and we respectfully request an additional seventy-five days to respond to the Notice of Motion. We understand that the Court has a wide discretion to enlarge or decrease the specified time period for the plaintiffs to respond to a Notice of Motion, when a party demonstrates a reasonable basis for such request.

    We thank Your Honor for your attention to this matter.

Respectfully submitted,

Darrick Grimes

Yolanda Grimes

cc: Steven M. Hecht, Esq. (Lowenstein Sandler)
David A. Scheffel, Esq. (Farrell Fritz, P.C.)
Kenneth Flickinger, Esq.

*[Handwritten endorsement:]* Time to respond extended to August 15, 2008. Time of reply extended to September 5, 2008. APPLICATION GRANTED SO ORDERED
6/20/08
John G. Koeltl, U.S.D.J.
6/20/08