UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF NEW YORK

DARRICK GRIMES AND YOLANDA GRIMES,

                                Plaintiff(s),

                   -against-

FREMONT GENERAL CORPORATION, FREMONT INVESTMENT & LOAN, WCS LENDING LLC, JONATHAN TANENBAUM, AMERICA'S SERVICING COMPANY, U.S. BANCORP and U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTER ASSET BACKED SECURITIES TRUST 2006-FRE-1 ,

                                Defendant(s).

**NOTICE OF FILING OF CHAPTER 11 BANKRUPTCY CASE BY DEFENDANT FREEMONT GENERAL CORPORATION AND THE EFFECT OF THE AUTOMATIC STAY PURSUANT TO SECTION 362 (a) OF TITLE 11 OF THE UNITED STATES CODE**

Case No: 1024-CV-08
(JGK)

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 18, 2008, defendant Fremont General Corporation ("FGC") filed a voluntary petition under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California, Santa Ana Division. True and correct copies of FGC's bankruptcy petition and the Notice of Electronic Filing are attached hereto as Exhibit "1" and incorporated herein by this reference.

Your attention is directed to Bankruptcy Code ~ section 362(a), which provides for an automatic stay against:

(1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3)    any act to obtain possession of property of the estate or of property from the estate, or to exercise control over property of the estate;

(4)    any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning a corporate debtor's tax liability for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the order for relief under this title.

Pursuant to Bankruptcy Code section 362 (a), the prosecution of the above-entitled lawsuit against FGC, including the issuance of service, has been automatically stayed.

Dated: Tarrytown, New York
       June 30, 2008

_____
Kenneth J. Flickinger, Esq. (KJ-1179)

(Official Form 1) (10/06)

## United States Bankruptcy Court
### Central District of California

**Voluntary Petition**

| Name of Debtor (If Individual, enter Last, First, Middle):<br>Fremont General Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by joint debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all): 95-2815260 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and Street, City and State)<br>2727 East Imperial Highway<br>Brea, California    92821 | Street Address of Joint Debtor (No. and Street, City and State)    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Orange county | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address)    ZIPCODE | Mailing Address of Joint Debtor (If different from street address)    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) See *Exhibit D* on page 2 of this form.
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to insiders or affiliates are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million to $100 million | ☒ More than 100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million to $100 million | ☒ More than 100 million |
|---|---|---|---|---|

475148v1

026463.0101\471634.01

(Official Form 1) (10/06) FORM B1, Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s): | |
|---|---|---|

**Prior Bankruptcy Cases Filed Within Last 8 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

475148v1

026463.0101\471634.01

(Official Form 1) (10/06)                                             FORM B1, Page 3

| Voluntary Petition <br> (This page must be completed and filed in every case) | Name of Debtor(s): |
|---|---|
| **Signatures** | |

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and chose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States code, specified in this petition. <br><br> X _____ <br> Signature of Attorney for Debtor(s) <br> X _____ <br> Signature of Joint Debtor <br> _____ <br> Telephone Number (If not represented by attorney) <br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br> X _____ <br> (Printed Name of Foreign Representative) <br> _____ <br> Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____ <br> Signature of Attorney for Debtor(s) <br><br> Theodore Stolman <br> Printed Name of Attorney for Debtor(s) <br><br> Stutman Treister & Glatt <br> Firm Name <br><br> 1901 Avenue of the Stars, 12th Floor <br> Los Angeles, CA 90067 <br> Address <br><br> (310) 228-5650 <br> Telephone Number <br> June 18, 2008 <br> Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address <br> _____ <br> X _____ <br> _____ <br> Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _[signature]_____ <br> Signature of Authorized Individual <br> Richard A. Sanchez <br> Printed Name of Authorized Individual <br> Executive Vice President/Chief Administrative Officer <br> Title of Authorized Individual <br> June 18, 2008 <br> Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition prepared is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

026463.0101\471634.01

(Official Form 1) (10/06)                                                                                           FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and chose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States code, specified in this petition.<br><br>X _____<br>    Signature of Attorney for Debtor(s)<br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br>X _____<br>    (Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X  *[signature]*<br>Signature of Attorney for Debtor(s)<br><br>Theodore Stolman<br>Printed Name of Attorney for Debtor(s)<br><br>Stutman Treister & Glatt<br>Firm Name<br><br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Address<br><br>(310) 228-5650<br>Telephone Number<br>June 18, 2008<br>Date | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Richard A. Sanchez<br>Printed Name of Authorized Individual<br>Executive Vice President/Chief Administrative Officer<br>Title of Authorized Individual<br>June 18, 2008<br>Date | _____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition prepared is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

475148v1                                                                                                026463.0101\471634.01

Form B1, Exhibit A - (Rev. 3/98)                                                 1998 USBC, Central District of California

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

## Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-08007.

2. The following financial data is the latest available information and refers to the debtor's condition on 9/30/2007.

    a. Total assets                                         $ 643,197,000 (unaudited)

    b. Total debts (including debts listed in 2.c., below)  $ 320,630,000 (unaudited)

                                                                              Approximate Number of holders

    c. Debt securities held by more than 500 holders.

       ☐ secured   ☐ unsecured   ☐ subordinated   $_____   _____
       ☐ secured   ☐ unsecured   ☐ subordinated   $_____   _____
       ☐ secured   ☐ unsecured   ☐ subordinated   $_____   _____
       ☐ secured   ☐ unsecured   ☐ subordinated   $_____   _____
       ☐ secured   ☐ unsecured   ☐ subordinated   $_____   _____

    d. Number of shares of preferred stock        _____   _____

    e. Number of shares common stock              82,116,179

    Comments, if any:
    Shares of common reported as of 5/7/08. Asset and debt values taken from 10-K for YE 12/31/06. Actual values remain under investigation.

3. Brief description of debtor's business:
    The Debtor (combined with subsidiaries) is in the financial services business.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    James Albert McIntyre (10.235%); as of 5/27/08.

471800v1

```
MIME-Version:1.0
From:cmecfhelpdesk@cacb.uscourts.gov
To:Courtmail@cacbei.cacb.circ9.dcn
Bcc: syun@stutman.com
Message-Id:<20517637@cacb.uscourts.gov>
Subject:8:08-bk-13421 Voluntary Petition (Chapter 11)
```

Content-Type: text/html

**IMPORTANT: PLEASE DO NOT REPLY TO THIS E-MAIL MESSAGE. Replies to this e-mail will not receive a response.** All inquiries or requests must be directed to the ECF Support Center via email at ECF_support@cacb.uscourts.gov or by phone at (213) 894-2365.

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. Bankruptcy Court

### Central District Of California

Notice of Bankruptcy Case Filing

The following transaction was received from Yun, Scott H entered on 6/18/2008 at 1:31 PM PDT and filed on 6/18/2008

Case Name:       Fremont General Corporation
Case Number:     8:08-bk-13421
Document Number: 1

Docket Text:
Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by Fremont General Corporation Chapter 11 Plan due by 10/16/2008. Disclosure Statement due by 10/16/2008. Schedule A due 7/3/2008. Schedule B due 7/3/2008. Schedule C due 7/3/2008. Schedule D due 7/3/2008. Schedule E due 7/3/2008. Schedule F due 7/3/2008. Schedule G due 7/3/2008. Schedule H due 7/3/2008. Schedule J due 7/3/2008. Statement of Financial Affairs due 7/3/2008. List of Equity Security Holders due 7/3/2008. Statement - Form 22B Due: 7/3/2008. Petition Prep Signature due 7/3/2008. Exhibit B due 7/3/2008.Statement of Related Case due 7/3/2008. Notice of available chapters due 7/3/2008. Statement of assistance of non-attorney due 7/3/2008. Corporate resolution authorizing filing of petitions due 7/3/2008. Summary of schedules due 7/3/2008. Declaration concerning debtors schedules due 7/3/2008. Disclosure of Compensation of Attorney for Debtor due 7/3/2008. Disclosure of compensation of bankruptcy petition preparer due 7/3/2008. Venue Disclosure Form due 7/3/2008. Decl. & Ntc. by Petition Preparer (19) due by 7/3/2008. Exhibit D due 7/3/2008. Corporate Ownership Statement due by 7/3/2008. Cert. of Credit Counseling due by 7/3/2008. Employee Income Record due by 7/3/2008. Incomplete Filings due by 7/3/2008. (Yun, Scott)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\Documents and Settings\kjohnson\Desktop\Fremont\VoluntaryPetition_001.pdf
Electronic document Stamp:
STAMP bkecfStamp_ID=1106918562 [Date=6/18/2008] [FileNumber=20517635-
] [b4096661345635f452cbf8311e25e9b674f4797d337e9f7dd524224138d7b7406e
521c5f7667db98ad763cc596fc9b2e7d85c170f86069b756a1234a799afe3]]

8:08-bk-13421 Notice will be electronically mailed to:

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

cott H Yun    syun@stutman.com

:08-bk-13421 **Notice will not be electronically mailed to:**