August 14, 2008

<u>**VIA FACSIMILE (212) 805-7912**</u>

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

Re: Grimes v. Fremont General Corporation, et al;
    Civil Action No..: 08-cv-01024 (JGK)

Dear Judge Koeltl:

    We are Plaintiffs, Pro se in the above-captioned case. The defendants, WCS Lending, LLC, America's Servicing Company, U.S. Bancorp and U.S. Bank, N.A. as Trustee for Master Asset Backed Securities Trust 2006- FRE-1 through their respective counsels have submitted Notice of Motion to Dismiss Complaint pursuant to Rule 12(b)(6) for Failure to State a Claim.

    We requested an Extension of Time to respond to Defendants' Notice of Motion and Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Complaint. We recently received communications from the Federal Deposit Insurance Corporation ("FDIC") regarding its onsite investigation of defendant Fremont Investment and Loan. As a result of the FDIC findings from the investigation on the mortgage lending practices of Fremont and their lack of oversight during the underwriting process we would like to respond to the Motion with the recently obtained information against the defendants.

    This is our second request for an Extension of Time in this matter and we respectfully request an additional fifteen (15) days to respond to the Notice of Motion due to a recent family member illness and hospitalization (Mother-In-Law) we have not completely reviewed all the documentation received from the FDIC, which investigation in this matter indicate additional professionals played an important role in carrying out the mortgage fraud transaction. Furthermore, Plaintiffs would like to obtain a sworn Affidavit from Ronald Cohen, Esq., a licensed attorney in the State of New York to support their Complaint (his signature has also been forged on documents relating to this complaint) based on the documentation provided from the FDIC's investigation.

    We understand that the Court has a wide discretion to enlarge or decrease the specified time period for the plaintiffs to respond to a Notice of Motion, when a party demonstrates a reasonable basis for such request.

    We thank Your Honor for your attention to this matter.

Respectfully submitted,

*[signature]*
Darrick Grimes

*[signature]*
Yolanda Grimes

cc: Steven M. Hecht, Esq. (Lowenstein Sandler)
    David A. Scheffel, Esq. (Farrell Fritz, P.C.)
    Kenneth Flickinger, Esq.

*[Handwritten notation:]*
1. Time to respond to the motion to dismiss is extended to 9/5/08.
2. Time to Reply extended to 9/19/08.
SO ORDERED.
8/19/08
*[signature]* JGK
U.S.D.J.